**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| George Vrana and Monica Vrana, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Interdynamics Inc., and ITW Sexton, Inc., | ) | Case No. 1:06-cv-013 |
| | ) | |
| Defendants. | ) | |

The court **ADOPTS** the stipulation between Plaintiffs and Defendant ITW Sexton Inc. and **ORDERS** that ITW Sexton, Inc. shall have until May 5, 2006, to file a response or answer to Plaintiffs' complaint.

Dated this 19th day of April, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1