**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| George Vrana and Monica Vrana, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Interdynamics, Inc., and , | ) | Case No. 1:06-cv-013 |
| ITW Sexton, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the parties' "Stipulation for Dismissal With Prejudice" filed on July 19, 2007. The parties have informed the Court that they have reached an agreement as to the resolution of this matter. The Court **ADOPTS** the parties' "Stipulation for Dismissal With Prejudice" (Docket No. 32) and **ORDERS** that the case be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 20th day of July, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court